FILED
CHARLOTTE, NC

03 JUL 25 AM 11:58

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| IBS INC. (A NC CORP.), et al. | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court upon Plaintiff's Motion to Withdraw Katrina Poplawski as counsel. There being good cause shown, Plaintiff's Motion is hereby granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED.

This _24th_ day of _July_, 2003.

Richard L. Voorhees
United States District Judge

United States District Court
for the
Western District of North Carolina
July 25, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:00-cv-00103

True and correct copies of the attached were mailed by the clerk to the following:

Joseph Konizeski, Esq.
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC  20581-2058

Timothy J. Mulreany, Esq.
Commodity Futures TRading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st. Street N.W.
Washington, DC  20581

Alan Stein
9809 Emerald Point Drive
#4
Charlotte, NC  28278

Lawrence W. Hewitt, Esq.
James, McElroy & Diehl
600 S. College St.
Charlotte, NC  28202

Joseph Finateri
P.O. Box 8473
La Crescenta, CA  91224

H. M. Whitesides Jr., Esq.
212 S. Tryon St.
Suite 980
Charlotte, NC  28281

H. Monroe Whitesides
212 S. Tryon St.
Suite 980
Charlotte, NC  28281

Leonard G. Kornberg, Esq.
Justice, Eve & Edwards
1801 East Blvd.
Charlotte, NC  28203

~~Michael Temple
1201 University Ave. #106-156
Riverside, CA   92507~~

R. Lawrence Bonner, Esq.
Homer, Bonner & Delgado, P.A.
100 S.E. Second St.
3400 Bank of America Tower
Miami, FL   33131

William Walt Pettit, Esq.
Kellam & Pettit, P.A.
2901 Coltsgate Rd.
Suite 102
Charlotte, NC   28211

Darlene M. Finateri
3185 Teropa Springs Ln.
Simi Valley, CA   93063

cc:
Judge                       ( )
Magistrate Judge            ( )
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Court Reporter              ( )
Courtroom Deputy            ( )
Orig-Security               ( )
Bankruptcy Clerk's Ofc.     ( )
Other_____        ( )

Date: 7-25-03

Frank G. Johns, Clerk
By: _____
    Deputy Clerk