IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> IBS INC. (A NC CORP.), <br> IMC TRADING, INC. (A NC CORP.), <br> IMC TRADING, INC. (AN ARIZ. CORP.), <br> JOE MILLER COMPANY d/b/a <br> IMC TRADING (A CAL. CORP.), <br> MAZUMA TRADING GROUP, INC. <br> d/b/a PINPOINT MARKETING, LTD. <br> (A FL. CORP.), <br> INTERNATIONAL BULLION SERVICES, <br> INC. (BAHAMAS) <br> ALAN STEIN, JOSEPH FINATERI, <br> MICHAEL TEMPLE, AND SAMUEL <br> KINGSFIELD <br><br> Defendants, <br><br> KIMBERLYNN CREEK RANCH, INC. <br> (A CAL. CORP.), KINGSFIELD RACING, INC. <br> (A NEV CORP.), F.X. & B., L.L.C. (A NEV. <br> CORP.), A.J.S. ENTERPRISES, INC. <br> (a Nevada Corporation), AND PAMELA <br> KINGSFIELD, <br><br> Relief Defendants. | PERMANENT <br> INJUNCTION |

Pursuant to and in conjunction with the Court's Order granting summary judgment in favor of Plaintiff Commodity Futures Trading Commission, the Court enters this permanent

injunction against Defendants Stein, Finateri, Temple and Kingsfield (hereinafter "Defendants").

IT IS THEREFORE ORDERED that Defendants are permanently restrained, enjoined and prohibited from directly or indirectly:

    a. In or in connection with an offer to enter into, the entry into, or the confirmation of the execution of, any commodity option transactions: (1) cheating or defrauding or attempting to cheat or defraud any persons; and (2) deceiving or attempting to deceive any person;

    b. Offering to enter into, entering into, executing, confirming the execution of, or conducting business for the purpose of soliciting, accepting any order for, or otherwise dealing in any transaction in, or in connection with, a commodity option when: (1) such transactions have not been conducted on or subject to the rules of a board of trade which has been designated by the Commission as a "contract market" for such commodity; and (2) such contracts have not been executed or consummated by or through a member of such contract market;

    c. Soliciting, receiving, or accepting any funds in connection with the purchase or sale of any commodity futures contract or any option on a futures contract;

    d. Controlling or directing the trading of any commodity futures or commodity options account for or on behalf of any person or entity, directly or indirectly, whether by power of attorney or otherwise;

    e. Applying for registration or claiming exemption from registration with the Commission in any capacity, and engaging in any activity requiring such registration or exemption from registration, except as provided for in 17 C.F.R. § 4.14(a)(9), or acting as a principal, agent, officer or employee of any person registered, exempted from registration or required to be registered with the Commission, unless such exemption is pursuant to 17 C.F.R. § 4.14(a)(9); and

    f. Entering into any commodity futures or options transaction for his own personal account or for any account in which he has a direct or indirect interest and/or having any commodity futures or options interests traded on his behalf.

    g. Violating 7 U.S.C. § 6c(b) and 17 C.F.R. §§ 1.1, 32.5, 32.9, and 33.3.

IT IS FURTHER ORDERED that the provisions of this Order shall be binding upon any person insofar as he or she is acting in the capacity of officer, agent, servant or employee of Defendants, collectively or individually, and upon any person who receives actual notice of this

Order, by personal service or otherwise, insofar as he or she is acting in active concert or participation with Defendants, collectively or individually.

This the 4th day of September, 2003.

Richard L. Voorhees
United States District Judge

United States District Court
for the
Western District of North Carolina
September 4, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:00-cv-00103

True and correct copies of the attached were mailed by the clerk to the following:

Joseph Konizeski, Esq.
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581-2058

Timothy J. Mulreany, Esq.
Commodity Futures TRading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st. Street N.W.
Washington, DC 20581

Alan Stein
9809 Emerald Point Drive
#4
Charlotte, NC 28278

Lawrence W. Hewitt, Esq.
James, McElroy & Diehl
600 S. College St.
Charlotte, NC 28202

Joseph Finateri
P.O. Box 8473
La Crescenta, CA 91224

H. M. Whitesides Jr., Esq.
212 S. Tryon St.
Suite 980
Charlotte, NC 28281

H. Monroe Whitesides
212 S. Tryon St.
Suite 980
Charlotte, NC 28281

Leonard G. Kornberg, Esq.
Justice, Eve & Edwards
1801 East Blvd.
Charlotte, NC 28203

R. Lawrence Bonner, Esq.
Homer, Bonner & Delgado, P.A.
100 S.E. Second St.
3400 Bank of America Tower
Miami, FL  33131

William Walt Pettit, Esq.
Kellam & Pettit, P.A.
2901 Coltsgate Rd.
Suite 102
Charlotte, NC  28211

Darlene M. Finateri
3185 Teropa Springs Ln.
Simi Valley, CA  93063

cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Court Reporter               ( )
Courtroom Deputy             ( )
Orig-Security                ( )
Bankruptcy Clerk's Ofc.      ( )
Other_____          ( )

Date: 9-4-03

Frank G. Johns, Clerk
By: _____
    Deputy Clerk