IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:00-CV-103-V

COMMODITY FUTURES TRADING )
COMMISSION, )
)
)  Plaintiff )
)
vs. ) DEFAULT JUDGMENT
)
IBS INC., (a North Carolina Corp.), IMS )
TRADING, INC. (a North Carolina Corp.), )
IMC TRADING, INC. (a Arizona Corp.), )
JOE MILLER COMPANY d/b/a )
IMC TRADING (a California Corp.), )
MAZUMA TRADING GROUP, INC. )
d/b/a PINPOINT MARKETING, LTD. )
(a Florida Corp.), )
INTERNATIONAL BULLION SERVICES, )
INC. (Bahamas), )
ALAN STEIN, JOSEPH FINATERI, )
MICHAEL TEMPLE AND SAMUEL )
KINGSFIELD )
)
Defendants, )
)
KIMBERLYNN CREEK RANCH, INC. )
(a California Corp.), KINGSFIELD RACING, )
INC. (a Nevada Corp.), F.X. & B., L.L.C ) )
(a Nevada Corp.), A.J.S. ENTERPRISES, INC. )
(a Nevada Corp.) and PAMELA KINGSFIELD )
)
Relief Defendants. )
)

FILED
CHARLOTTE, N. C.

SEP 1 6 2003

U. S. DISTRICT COURT
W. DIST. OF N. C.

This matter is before the Clerk pursuant to the September 4, 2003 Order of the Court directing the Clerk to enter a Judgment of Default against Defendants IBS., Inc. ( a North Carolina corporation), Mazuma Trading Group, Inc. d/b/a Pinpoint Marketing, Ltd., IMC Trading, Inc., (a North Carolina corporation), IMC Trading, Inc. (a Arizona corporation), IMC Trading, Inc. (a

corporation), and International Bullion Services, Inc. (BAHAMAS) (a Bahamian corporation).

IT APPEARING TO THE COURT that the named defendants are in default for failing to plead or otherwise defend this action as required by law and the record reflects that the Clerk's entry of default was made on January 18, 2002.

THEREFORE in accordance with Rule 55(b)(1), Judgment by Default is entered in favor of the Plaintiff Commodity Futures Trading Commission and against Defendants IBS., Inc. ( a North Carolina corporation), Mazuma Trading Group, Inc. d/b/a Pinpoint Marketing, Ltd., IMC Trading, Inc., (a North Carolina corporation), IMC Trading, Inc. (a Arizona corporation), IMC Trading, Inc. (a Nevada corporation), Joe Miller Company d/b/a IMC Trading (a California corporation), and International Bullion Services, Inc. (BAHAMAS) (a Bahamian corporation) in the amount of $7,700,000.00.

IT IS FURTHER ORDERED THAT Defendants IBS., Inc. ( a North Carolina corporation), Mazuma Trading Group, Inc. d/b/a Pinpoint Marketing, Ltd., IMC Trading, Inc., (a North Carolina corporation), IMC Trading, Inc. (a Arizona corporation), IMC Trading, Inc. (a Nevada corporation), Joe Miller Company d/b/a IMC Trading (a California corporation), International Bullion Services, Inc. (BAHAMAS) (a Bahamian corporation) shall be jointly and severally liable with Defendants Alan Stein, Joseph Finateri and Samuel Kingsfield to the Plaintiff for the aforementioned sum of $7,700,000.00 as set forth in the September 4, 2003 Order of the Court.

Entered this the _15_ day of September, 2003.

*Frank D. Johns*
FRANK G. JOHNS, CLERK
U.S. District Court for the Western
District of North Carolina

**Betsy Wallace**
09/11/2003 12:22 PM

To: Frank Johns/NCWD/04/USCOURTS@USCOURTS
cc:
Subject: Re: CFTC Default Jgm

Frank

I discussed the deflt jgm form with Dave and he stated that the default did not apply to Dfts Stein, Finateri and Kingsfield, however, the last paragraph should mimic the last paragraph of the 9/4/03 order stating that these dfts were to be held jointly and severally liable for the sum stated in the dflt jgm.

I made the changes and had Dave look at it again, his approval as to form is noted below. Also below is the final draft for you to print from WordPerfect and enter (remember I didn't want to sign this judgment due to the large amount involved.)

Let me know if you have any questions on any of this.

Betsy

----- Forwarded by Betsy Wallace/NCWD/04/USCOURTS on 09/11/2003 12:18 PM -----

**David Yarbrough**
09/11/2003 11:30 AM

To: Betsy Wallace/NCWD/04/USCOURTS@USCOURTS
cc:
Subject: Re: CFTC Default Jgm

Looks good. Thanks for your help.

DY

Betsy Wallace

**Betsy Wallace**
09/11/2003 11:

Dave

I've attached the updated jg
entry. The last paragraph m

Thanks for your help.

Betsy

CFTC.dfltjgm2.wpd

*[Handwritten note: Keep this page attached to original Default Judgment in file. Do not serve this page on anyone. Thks F]*

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:00-cv-00103

True and correct copies of the attached were mailed by the clerk to the following:

Joseph Konizeski, Esq.
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581-2058

Timothy J. Mulreany, Esq.
Commodity Futures TRading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st. Street N.W.
Washington, DC 20581

Alan Stein
9809 Emerald Point Drive
#4
Charlotte, NC 28278

Lawrence W. Hewitt, Esq.
James, McElroy & Diehl
600 S. College St.
Charlotte, NC 28202

Joseph Finateri
P.O. Box 8473
La Crescenta, CA 91224

H. M. Whitesides Jr., Esq.
212 S. Tryon St.
Suite 980
Charlotte, NC 28281

H. Monroe Whitesides
212 S. Tryon St.
Suite 980
Charlotte, NC 28281

Leonard G. Kornberg, Esq.
Justice, Eve & Edwards
1801 East Blvd.
Charlotte, NC 28203

R. Lawrence Bonner, Esq.
Homer, Bonner & Delgado, P.A.
100 S.E. Second St.
3400 Bank of America Tower
Miami, FL 33131

William Walt Pettit, Esq.
Kellam & Pettit, P.A.
2901 Coltsgate Rd.
Suite 102
Charlotte, NC 28211

Darlene M. Finateri
3185 Teropa Springs Ln.
Simi Valley, CA 93063

cc:
| | |
|---|---|
| Judge | ( ) |
| Magistrate Judge | ( ) |
| U.S. Marshal | ( ) |
| Probation | ( ) |
| U.S. Attorney | ( ) |
| Atty. for Deft. | ( ) |
| Defendant | ( ) |
| Warden | ( ) |
| Bureau of Prisons | ( ) |
| Court Reporter | ( ) |
| Courtroom Deputy | ( ) |
| Orig-Security | ( ) |
| Bankruptcy Clerk's Ofc. | ( ) |
| Other _____ | ( ) |

Date: 9-16-03

Frank G. Johns, Clerk
By: [signature]
Deputy Clerk