NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

May 3, 2004

**MANDATE**

TO: Clerk, District Court/Agency

FROM: Deborah S. Daniel
      Deputy Clerk

RE: 03-2413 Commodity Futures v. Kingsfield
    CA-00-103-3-V

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 2/3/04.

[x] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

cc: Robert Lawrence Bonner
    Gloria Peele Clement
    Glynn L. Mays
    Joseph Konizeski
    Timothy J. Mulreany
    Daniel Salsburg
    Joseph Finateri
    Henry Monroe Whitesides Jr.
    Lawrence Wilson Hewitt
    Alan Stein

FILED
CHARLOTTE, N. C.
MAY 5 2004
U. S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT

FILED: February 3, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 03-2413
CA-00-103-3-V

COMMODITY FUTURES TRADING COMMISSION

    Plaintiff - Appellee

v.

KIMBERLYNN CREEK RANCH, INCORPORATED, a California Corporation; KINGSFIELD RACING, INCORPORATED, a Nevada Corporation; SAMUEL KINGSFIELD; PAMELA KINGSFIELD

    Defendants - Appellants

    and

IBS, INCORPORATED, a North Carolina Corporation; IMC TRADING, INCORPORATED, (North Carolina), a North Carolina Corporation; IMC TRADING, INCORPORATED, (Arizona), an Arizona Corporation; IMC TRADING, INCORPORATED, (Nevada), a Nevada Corporation; JOE MILLER COMPANY, d/b/a IMC Trading, Incorporated, a California Corporation; MAZUMA TRADING GROUP, INCORPORATED, d/b/a Pinpoint Marketing, Limited, a Florida Corporation; ALAN STEIN; JOSEPH FINATERI; MICHAEL TEMPLE; INTERNATIONAL BULLION SERVICES (BAHAMAS) INCORPORATED, a Bahamas Corporation; F.X.& B, L.L.C, a Nevada Corporation; A.J.S. ENTERPRISES, INCORPORATED, a Nevada Corporation

    Defendants

--------------------
Appeal from the United States District Court for the
Western District of North Carolina at Charlotte
--------------------

In accordance with the written opinion of this Court filed this day, the Court dismisses the appeal.

A certified copy of this judgment will be provided to the

District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 3, 2004

No. 03-2413
CA-00-103-3-V

COMMODITY FUTURES TRADING COMMISSION

    Plaintiff - Appellee

v.

KIMBERLYNN CREEK RANCH, INCORPORATED, a California Corporation; KINGSFIELD RACING, INCORPORATED, a Nevada Corporation; SAMUEL KINGSFIELD; PAMELA KINGSFIELD

    Defendants - Appellants

and

IBS, INCORPORATED, a North Carolina Corporation; IMC TRADING, INCORPORATED, (North Carolina), a North Carolina Corporation; IMC TRADING, INCORPORATED, (Arizona), an Arizona Corporation; IMC TRADING, INCORPORATED, (Nevada), a Nevada Corporation; JOE MILLER COMPANY, d/b/a IMC Trading, Incorporated, a California Corporation; MAZUMA TRADING GROUP, INCORPORATED, d/b/a Pinpoint Marketing, Limited, a Florida Corporation; ALAN STEIN; JOSEPH FINATERI; MICHAEL TEMPLE; INTERNATIONAL BULLION SERVICES (BAHAMAS) INCORPORATED, a Bahamas Corporation; F.X.& B, L.L.C, a Nevada Corporation; A.J.S. ENTERPRISES, INCORPORATED, a Nevada Corporation

    Defendants

O R D E R

Appellee has filed a motion to dismiss and appellants have filed a response.

The Court grants the motion.

Entered at the direction of Judge Williams with the concurrence of Judge Michael and Judge Duncan.