IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| IBS INC. (A NC CORP.), IMC TRADING, INC. (A NC CORP.), IMC TRADING, INC. (AN ARIZ. CORP.), JOE MILLER COMPANY d/b/a IMC TRADING (A CAL. CORP.), MAZUMA TRADING GROUP, INC. d/b/a PINPOINT MARKETING, LTD. (A FL. CORP.), INTERNATIONAL BULLION SERVICES, INC. (BAHAMAS) ALAN STEIN, JOSEPH FINATERI, MICHAEL TEMPLE, AND SAMUEL KINGSFIELD | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants, | ) ) | |
| KIMBERLYNN CREEK RANCH, INC. (A CAL. CORP.), KINGSFIELD RACING, INC. (A NEV CORP.), F.X. & B., L.L.C. (A NEV. CORP.), A.J.S. ENTERPRISES, INC. (a Nevada Corporation), AND PAMELA KINGSFIELD, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

**THIS MATTER** is before the Court on its own motion for the purpose of determining whether any further action in this case is necessary.

In an Order issued September 4, 2003, this Court granted summary judgment in favor of Plaintiff CFTC as to all Defendants and entered a permanent injunction. (Document ##312-314)

1

The Court also held that Relief Defendant Pamela Kingsfield's disgorgement liability was at least $98,168.00. (9-4-03 Order, at 40.) Then, in an Order issued March 15, 2005, this Court subsequently denied summary judgment on the question of whether Relief Defendant Pamela Kingsfield was subject to additional disgorgement liability. (Document # 323) The Court's ruling left open the possibility of a jury trial on this sole remaining issue.

**IT IS, THEREFORE, ORDERED** that **on or before June 10, 2005**, Plaintiff shall notify the Court, by filing a writing with the Clerk of Court, whether it intends to pursue this disgorgement issue regarding Pamela Kingsfield via jury trial or not. If not, this matter shall be **CLOSED** by the Clerk's Office upon receipt of Plaintiff's filing.

**Signed: May 20, 2005**

Richard L. Voorhees
United States District Judge