# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL DOCKET NO. 3:00CV103 V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br>     Plaintiff, <br><br> vs. <br><br> IBS, INC., et al, <br>     Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on its own motion for a continuance of the trial in this matter from the 23 January 2006 term in the Charlotte Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the January 2006 term in the Charlotte Division to the 20 March 2006 term in the Charlotte Division.

Signed: 6 January 2006

Richard L. Voorhees
United States District Judge