IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| IBS INC. (A NC CORP.),<br>IMC TRADING, INC. (A NC CORP.),<br>IMC TRADING, INC. (AN ARIZ. CORP.),<br>JOE MILLER COMPANY d/b/a<br>IMC TRADING (A CAL. CORP.),<br>MAZUMA TRADING GROUP, INC.<br>d/b/a PINPOINT MARKETING, LTD.<br>(A FL. CORP.),<br>INTERNATIONAL BULLION SERVICES,<br>INC. (BAHAMAS)<br>ALAN STEIN, JOSEPH FINATERI,<br>MICHAEL TEMPLE, AND SAMUEL<br>KINGSFIELD | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **O R D E R** |
| Defendants, | )<br>) |
| KIMBERLYNN CREEK RANCH, INC.<br>(A CAL. CORP.), KINGSFIELD RACING, INC.<br>(A NEV CORP.), F.X. & B., L.L.C. (A NEV.<br>CORP.), A.J.S. ENTERPRISES, INC.<br>(a Nevada Corporation), AND PAMELA<br>KINGSFIELD, | )<br>)<br>)<br>)<br>)<br>) |
| Relief Defendants. | )<br>) |

  **THIS MATTER** is before the Court on its own motion for the purpose of moving towards final resolution of the sole, discrete issue that remains in this protracted litigation, namely, whether Relief Defendant Pamela Kingsfield is subject to additional disgorgement liability above and beyond the $98,168.00 already determined as a matter of law. (9-4-03 Order, at 40 / Document #323)

On May 20, 2005, the Court issued an Order directing CFTC to advise the Court whether or not it intended to pursue the remaining disgorgement issue. (Document #324) On June 23, 2005, Plaintiff responded and requested that the Court place this matter on the next available trial calendar. (Document #325) As a result, this case was calendared for trial during the September 2005 trial term in the Charlotte Division. However, on September 12, 2005, counsel for Pamela Kingsfield sought a continuance from the September 2005 trial term which was unopposed by CFTC. (Document #329) Kingsfield's counsel informed the Court of a recent and serious medical condition that precluded his participation in the trial of this case at that time. For the same reason, and again with the consent of CFTC, the trial was rescheduled from the January 2006 term to the March 2006 term. (Documents #331, #332) The case is currently on the March 2006 trial calendar in the Charlotte Division, which commences with Calendar Call on March 20, 2006.

With the consent of the parties, and assurances from both that attempts to settle will be made in good faith, the undersigned will preside over a judicial settlement conference prior to the beginning of the March 2006 term of Court.

**IT IS, THEREFORE, ORDERED** that the parties and counsel shall appear for a Judicial Settlement Conference on **Friday, March 3, 2006, at 10:00 AM.** The parties shall report to the Chambers of this district judge, Suite 250, Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

Signed: February 8, 2006

Richard L. Voorhees
Chief United States District Judge