IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) IBS INC. (A NC CORP.), ) IMC TRADING, INC. (A NC CORP.), ) IMC TRADING, INC. (AN ARIZ. CORP.), ) JOE MILLER COMPANY d/b/a ) IMC TRADING (A CAL. CORP.), ) MAZUMA TRADING GROUP, INC. ) d/b/a PINPOINT MARKETING, LTD. ) (A FL. CORP.), ) INTERNATIONAL BULLION SERVICES, ) INC. (BAHAMAS) ) ALAN STEIN, JOSEPH FINATERI, ) MICHAEL TEMPLE, AND SAMUEL ) KINGSFIELD ) Defendants, ) ) KIMBERLYNN CREEK RANCH, INC. ) (A CAL. CORP.), KINGSFIELD RACING, INC.) (A NEV CORP.), F.X. & B., L.L.C. (A NEV. ) CORP.), A.J.S. ENTERPRISES, INC. ) (a Nevada Corporation), AND PAMELA ) KINGSFIELD, ) Relief Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court upon receipt of correspondence dated March 2, 2006, from Counsel Larry Bonner, on behalf of Relief Defendant Pamela Kingsfield, and with the consent of the Commission.

The parties are scheduled to appear before the undersigned tomorrow, March 3, 2006, for a judicial settlement conference. However, Mr. Bonner represents in his letter that the parties have

1

engaged in "substantial settlement discussions" and "we believe that these discussions will lead to an efficient and prompt resolution of this matter." For this reason, the parties jointly request an additional two (2) weeks to continue their efforts.

**IT IS, THEREFORE, ORDERED** that the parties' joint request for an extension of time is **GRANTED**. The Judicial Settlement Conference is **POSTPONED,** to be rescheduled in the event the parties are unable to reach an agreement without assistance from the Court, or in any event no later than **Monday, March 20, 2006**, **at 10:00 AM.** This matter shall remain on the Charlotte Division trial calendar, which commences on that date.

Signed: March 2, 2006

Richard L. Voorhees
Chief United States District Judge