IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) IBS INC. (A NC CORP.), ) IMC TRADING, INC. (A NC CORP.), ) IMC TRADING, INC. (AN ARIZ. CORP.), ) JOE MILLER COMPANY d/b/a ) IMC TRADING (A CAL. CORP.), ) MAZUMA TRADING GROUP, INC. ) d/b/a PINPOINT MARKETING, LTD. ) (A FL. CORP.), ) INTERNATIONAL BULLION SERVICES, ) INC. (BAHAMAS) ) ALAN STEIN, JOSEPH FINATERI, ) MICHAEL TEMPLE, AND SAMUEL ) KINGSFIELD ) Defendants, ) ) KIMBERLYNN CREEK RANCH, INC. ) (A CAL. CORP.), KINGSFIELD RACING, INC.) (A NEV CORP.), F.X. & B., L.L.C. (A NEV. ) CORP.), A.J.S. ENTERPRISES, INC. ) (a Nevada Corporation), AND PAMELA ) KINGSFIELD, ) Relief Defendants. ) ) | **O R D E R** |

    **THIS MATTER** is before the Court upon receipt of correspondence dated March 16, 2006, from Counsel Larry Bonner, on behalf of Relief Defendant Pamela Kingsfield, and following Calendar Call / Status Conference conducted on March 20, 2006. Based upon the representations of the parties, and with the consent of the Commission and the Receiver, the Court will continue this matter from the trial calendar for the purposes of facilitating the proposed settlement.

**IT IS, THEREFORE, ORDERED** that this civil matter is **CONTINUED** from the Charlotte Division trial calendar, which commenced on March 20, 2006, to be rescheduled in the event the proposed settlement is not ultimately consummated;

**IT IS FURTHER ORDERED** that a status conference will be held via telephone on **Thursday, April 20, 2006, at 2:00 p.m.** The Commission is responsible for contacting Mr. Bonner (and the Receiver, if appropriate), and then initiating the phone conference with the Court at the following number: (704) 350-7440.

Signed: March 22, 2006

Richard L. Voorhees
Chief United States District Judge