# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA

_____

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:00cv103-V** |
| ) | |
| **IBS, INC. (a North Carolina Corp.), et al.,** ) | |
| ) | |
| **Defendants,** ) | |
| ) | |
| **KIMBERLYNN CREEK RANCH, INC.** ) | |
| **(a California Corp.), et al.,** ) | |
| ) | |
| **Relief Defendants.** ) | |
| ) | |

_____

## <u>ORDER</u>

This matter is before the Court on the Joint Motion to Partially Lift the Order of Preliminary Injunction as to Relief Defendant Pamela Kingsfield filed by Plaintiff Commodity Futures Trading Commission ("Commission") and Relief Defendant Pamela Kingsfield. The foregoing having been considered, it appears to the Court that the motion has merit and:

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Partially Lift the Order of Preliminary Injunction as to Relief Defendant Pamela Kingsfield is hereby **GRANTED**, and it is further,

**ORDERED** that the June 21, 2000 Order of Preliminary Injunction is hereby partially lifted only as to Relief Defendant Pamela Kingsfield, and only to allow her to sell certain real property, to wit: 8109 South Kelso Valley Road, Weldon, California. Said property may now be sold free and clear of any lien or encumbrance imposed by said Order of Preliminary Injunction. The June 21, 2000 Order of Preliminary Injunction remains in full force and effect as to all other real and

personal property that Relief Defendant Pamela Kingsfield owns or in which she has an interest, and it is further,

**ORDERED** that within 24 hours of the of the settlement of the sale of 8109 South Kelso Valley Road, Weldon, California, Relief Defendant Pamela Kingsfield shall tender $175,000 of the proceeds of the sale to her counsel, R. Lawrence Bonner, Esq., c/o Homer & Bonner, P. A., 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131, to be placed in his escrow account.

Signed: June 30, 2006

Richard L. Voorhees
United States District Judge