IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBS INC. (A NC CORP.), )<br>IMC TRADING, INC. (A NC CORP.), )<br>IMC TRADING, INC. (AN ARIZ. CORP.), )<br>JOE MILLER COMPANY d/b/a )<br>IMC TRADING (A CAL. CORP.), )<br>MAZUMA TRADING GROUP, INC. )<br>d/b/a PINPOINT MARKETING, LTD. )<br>(A FL. CORP.), )<br>INTERNATIONAL BULLION SERVICES, )<br>INC. (BAHAMAS) )<br>ALAN STEIN, JOSEPH FINATERI, )<br>MICHAEL TEMPLE, AND SAMUEL )<br>KINGSFIELD )<br>Defendants, )<br>)<br>KIMBERLYNN CREEK RANCH, INC. )<br>(A CAL. CORP.), KINGSFIELD RACING, INC.) <br>(A NEV CORP.), F.X. & B., L.L.C. (A NEV. )<br>CORP.), A.J.S. ENTERPRISES, INC. )<br>(a Nevada Corporation), AND PAMELA )<br>KINGSFIELD, )<br>Relief Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion for purposes of scheduling a Status Conference with respect to the pending settlement between the Commission and Relief Defendant Pamela Kingsfield. Consistent with discussions held during the last status conference, it is the Court's hope that the parties' settlement agreement can be consummated (formally approved / accepted by the Commission) by the end of September 2006.

1

**IT IS, THEREFORE, ORDERED** that a status conference will be held via telephone on **Thursday, September 14, 2006, at 2:00 p.m.** The Commission is responsible for contacting Mr. Bonner and the Receiver, and then initiating the phone conference with the Court at the following number: (704) 350-7440.

Signed: August 7, 2006

Richard L. Voorhees
United States District Judge