IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) IBS INC. (A NC CORP.), ) IMC TRADING, INC. (A NC CORP.), ) IMC TRADING, INC. (AN ARIZ. CORP.), ) JOE MILLER COMPANY d/b/a ) IMC TRADING (A CAL. CORP.), ) MAZUMA TRADING GROUP, INC. ) d/b/a PINPOINT MARKETING, LTD. ) (A FL. CORP.), ) INTERNATIONAL BULLION SERVICES, ) INC. (BAHAMAS) ) ALAN STEIN, JOSEPH FINATERI, ) MICHAEL TEMPLE, AND SAMUEL ) KINGSFIELD ) Defendants, ) ) KIMBERLYNN CREEK RANCH, INC. ) (A CAL. CORP.), KINGSFIELD RACING, INC.) (A NEV CORP.), F.X. & B., L.L.C. (A NEV. ) CORP.), A.J.S. ENTERPRISES, INC. ) (a Nevada Corporation), AND PAMELA ) KINGSFIELD, ) Relief Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court upon motion of the Receiver, Attorney William Walt Pettit, namely, "Ex-Parte Motion To Establish Procedure To File Claims, To Distribute Funds, To Close Case And For Other Relief," filed May 25, 2007, and the motion as amended on June 15, 2007. (*See* Documents #351 and #352)

1

For the reasons described within the motion and the amended "Notice" (Exhibit 2), the Court hereby authorizes the proposed procedures for submission of investors' / victims' claims, the distribution of funds, and the closing of this case.

**IT IS, THEREFORE, ORDERED THAT:**

1) The Receiver's Motion is **GRANTED**. Accordingly, the Receiver shall serve each investor identified within Exhibit 1 within three (3) business days of the date of this Order and file with this Court a Certificate of Service documenting service;

2) All claims must be filed with the Receiver within thirty (30) days from the date the Notice and Proof of Claim forms are mailed to the investors;

3) After expiration of the time for submission of claims, the Receiver shall have fifteen (15) days to review and object to any claims which he deems to be improper;

4) Within sixty (60) days from the date of this Order, the Receiver shall move for the closing of this case and request the Court to schedule a hearing to approve all proposed distributions of the Receiver; and

5) If deemed necessary, the Receiver may move at a later time, via separate application or motion, to employ a certified public accountant for the purposes identified within Paragraph 6(G) of the original motion.

Signed: June 21, 2007

Richard L. Voorhees
United States District Judge