UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>                 Plaintiff,<br><br>   v.<br><br>IBS, INC. (A NORTH CAROLINA CORP.),<br>IMC TRADING, INC.(A NORTH CAROLINA<br>  CORP.),<br>IMC TRADING, INC. (AN ARIZONA CORP.),<br>IMC TRADING, INC. (A NEVADA CORP.),<br>JOE MILLER COMPANY D/B/A IMC TRADING<br>  (A CALIFORNIA CORP.),<br>MAZUMA TRADING GROUP, INC. D/B/A<br>  PINPOINT MARKETING, LTD. (A FLORIDA<br>  CORPORATION),<br>ALAN STEIN,<br>JOSEPH FINATERI,<br>MICHAEL TEMPLE, and<br>SAMUEL KINGSFIELD,<br>                 Defendants,<br><br>INTERNATIONAL BULLION SERVICES<br>  (BAHAMAS), INC. (A BAHAMAS CORP.),<br>KIMBERLYNN CREEK RANCH, INC.<br>  (A CALIFORNIA CORP.),<br>KINGSFIELD RACING, INC.(A NEVADA CORP.),<br>F.X. & B., L.L.C. (A NEVADA CORP.),<br>A.J.S. ENTERPRISES, INC.<br>  (A NEVADA CORP.), and<br>PAMELA KINGSFIELD,<br>                 Relief Defendants. | **Case No. 3:00cv0103-V** |

## ORDER ALLOWING COMPENSATION
## AND EXPENSES FOR ATTORNEY FOR RECEIVER

**THIS CAUSE**, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Fourth Application

of the firm of Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Third Application of the Firm of Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver and that no party in interest filed an objection thereto.

It further appearing to the Court that Kellam & Pettit, P.A. as counsel for the Receiver has rendered valuable legal services as Receiver for Defendant IBS, Inc. <u>et</u> <u>al</u> from March 1, 2002 through June 6, 2007 and that the firm should be paid for services rendered during said time, along with their expenses.

It further appearing to the Court that under the standards set for compensation, Kellam & Pettit, P.A.'s fees are fair and reasonable.

**IT IS THEREFORE ORDERED** that the Receiver be and he herewith is authorized to pay to Kellam & Pettit, P.A. the sum of $31,051.00 as attorneys' fees in this matter, along with expenses in the sum of $7,784.84 for the period of time from March 1, 2002 through June 29, 2007.

Signed: July 27, 2007

Richard L. Voorhees
United States District Judge