IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:00-CV-103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IBS INC. (A NC CORP.), ) <br> IMC TRADING, INC. (A NC CORP.), ) <br> IMC TRADING, INC. (AN ARIZ. CORP.), ) <br> JOE MILLER COMPANY d/b/a ) <br> IMC TRADING (A CAL. CORP.), ) <br> MAZUMA TRADING GROUP, INC. ) <br> d/b/a PINPOINT MARKETING, LTD. ) <br> (A FL. CORP.), ) <br> INTERNATIONAL BULLION SERVICES, ) <br> INC. (BAHAMAS) ) <br> ALAN STEIN, JOSEPH FINATERI, ) <br> MICHAEL TEMPLE, AND SAMUEL ) <br> KINGSFIELD ) <br> Defendants, ) <br> ) <br> KIMBERLYNN CREEK RANCH, INC. ) <br> (A CAL. CORP.), KINGSFIELD RACING, INC.) <br> (A NEV CORP.), F.X. & B., L.L.C. (A NEV. ) <br> CORP.), A.J.S. ENTERPRISES, INC. ) <br> (a Nevada Corporation), AND PAMELA ) <br> KINGSFIELD, ) <br> Relief Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon motion of the Receiver, Attorney William Walt Pettit, namely, "Receiver's Application To Employ Accountant," filed November 20, 2007. (Document #366)

1

For the reasons set forth by the Receiver within the motion, and upon review of the attached exhibit (Document #367), the Court hereby grants the Receiver's request to employ Edward P. Bowers, C.P.A., C.I.R.A., for the specific purposes identified within the application.

**IT IS, THEREFORE, ORDERED THAT** the Receiver's Motion is hereby **GRANTED.**

.

Signed: November 21, 2007

Richard L. Voorhees
United States District Judge