UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:00CV0103-V

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IBS, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER ALLOWING COMPENSATION
## AND EXPENSES FOR ATTORNEY FOR RECEIVER

**THIS CAUSE**, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Final Application of the firm of Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver (Docket #372); and

It appearing to the Court that all parties in interest were given proper notice of the Final Application of the Firm of Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver and that no party in interest filed an objection thereto.

It further appearing to the Court that Kellam & Pettit, P.A. as counsel for the Receiver has rendered valuable legal services as Receiver for Defendant IBS, Inc. et al from July 2, 2007 through February 21, 2008 and that the firm should be paid for

services rendered during said time, along with their expenses.

It further appearing to the Court that under the standards set for compensation, Kellam & Pettit, P.A.'s fees are fair and reasonable.

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** that the Receiver be and he herewith is authorized to pay to Kellam & Pettit, P.A. the sum of $30,365.70 as attorneys' fees in this matter, along with expenses in the sum of $277.20 for the period of time from July 2, 2007 through February 21, 2008.

Signed: May 29, 2008

Richard L. Voorhees
United States District Judge