**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**3:00cv0103-V**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **IBS, INC., et al.,** | ) |
| **Defendants,** | ) |

---

## ORDER ALLOWING MOTION TO DISPENSE WITH REQUIREMENT TO FILE TAX RETURNS

**THIS CAUSE,** coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Motion to Dispense with Requirement to File Tax Returns (Docket #373); and

It appearing to the Court that all parties in interest were given proper notice of the Motion to Dispense with Requirement to File Tax Returns and that no party in interest filed an objection thereto.

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** that the Receiver's Motion to Dispense with Requirement to File Tax Returns for Defendants IBS, Inc., IMC Trading, INC., IMC Trading, Inc., IMC Trading, Inc., Joe Miller Company D/B/A Inc Trading, Mazuma Trading Group, Inc. D/B/A Pinpoint Marketing, Ltd., and International Bullion Services, Inc., for taxes imposed under § 1120 of Title 26 of the U.S. Code for the period of time prior to the Receiver's appointment in this case and for the Receiver to

file returns after the Receiver's appointment in this case be and the same herewith is granted and that the Receiver be and he herewith is not required to file to file said returns;

**SO ORDERED.**

Signed: May 29, 2008

Richard L. Voorhees
United States District Judge