UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:00CV0103-V

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **IBS, INC.**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING AMENDED FINAL REPORT AND ACCOUNTING OF RECEIVER, APPLICATION TO DISBURSE FUNDS OF THE ESTATE, APPLICATION TO ABANDON AND DISCHARGE RECEIVER

**THIS CAUSE**, coming on to be heard and being heard before Richard L. Voorhees, United States District Judge for the Western District of North Carolina, upon the Final Report and Accounting of Receiver, Application to Disburse Funds of the Estate, Application to Abandon and Discharge Receiver (Docket #373) filed herein by the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Final Report and Accounting of Receiver, Application to Disburse Funds of the Estate, Application to Abandon and Discharge Receiver and that no party in interest filed an objection thereto.

It further appearing to the Court that the Receiver has filed an Amended Final Report which disclosed the receipt of an additional $422.40 from the Bank of Granite for interest on invested funds, that the Receiver proposes to increase on a pro-

rata basis the dividend to all investors by this sum, and that Exhibit 1 which is appended hereto and incorporated herein by reference represents the new distribution to each investor.

It further appearing that the Receiver is not required to renotice the Final Report to all investors and that said Report should be approved.

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Receiver's Amended Final Report and Accounting of Receiver, Application to Disburse Funds of the Estate, Application to Abandon and Discharge Receiver be and the same herewith is allowed, approved and confirmed;

2. That the Receiver be and he herewith is authorized to submit to Edward Bowers as CPA the sum of $21,430.45 and to otherwise make all disbursements as provided in Exhibit 1 which is attached hereto and hereby incorporated by reference;

3. That the Receiver be and he herewith is discharged and released from any liability to any governmental taxing entity for any taxes, penalties or interest;

4. That, upon payment of all amounts as set forth hereinabove and upon the filing of a Certification by the accountant for the estate that all funds have been properly accounted for and disbursed by the Receiver, the Receiver be and he herewith is discharged;

5. That the Receiver be and he herewith is authorized to abandon any books and records and any property of the Receivership

Defendants identified in this action and not otherwise liquidated for the estate as requested herein sixty (60) days after the Receiver has been discharged as set forth in paragraph 4 hereinabove with the exception of all claims by any investor and that the Receiver is required to maintain said records for a period of two (2) years subsequent to the entry of this Order;

6. That one hundred twenty (120) days after the checks have been disbursed to the investors, any unclaimed funds must be forwarded to this Court's registry to be held in trust pending any application by an investor for payment of said funds;

7. That the Receiver be and he herewith is ordered to file a report with the Court at the expiration of said period of time substantiating this fact and noting which checks have not been paid and honored; and

8. That the Receiver's objections to late filed claims filed after the filing of this Final Report be and the same herewith is sustained and the claims are hereby disallowed.

Signed: May 29, 2008

Richard L. Voorhees
United States District Judge

EXHIBIT 1

**IBS Distribution Report** $824,754.32

| | First Name | ClaimAmount | Distribution Amount |
|---|---|---|---|
| Abdela | Caren | $972.00 | $62.45 |
| ABERSOLD | SILAS J. | $10,814.00 | $694.80 |
| AGNELLO FAM. TRUST | ANTHONY | $3,960.80 | $254.48 |
| ALLEN | CHRISTOPHER | $2,900.00 | $186.33 |
| ALLISON | STEPHAN JOSEPH | $10,000.00 | $642.50 |
| Amman | Lance | $15,346.00 | $985.98 |
| ANDRES | DAVE | $22,067.00 | $1,417.81 |
| ANGEL | WILLIAM G. | $183,279.00 | $11,775.69 |
| ARTIS | DENAYER | $1,195.27 | $76.80 |
| AUEN | PAUL J. | $12,160.00 | $781.28 |
| AURES | ROBERT J. | $65,809.00 | $4,228.23 |
| BABIAK | STEFAN | $3,500.00 | $224.88 |
| Baker | Jerry Keith | $89,000.00 | $5,718.26 |
| BALL | DONALD E. | $14,600.00 | $938.05 |
| Barrett | Barbara | $32,151.00 | $2,065.70 |
| BASSETT | WILLIAM L. | $23,000.00 | $1,477.75 |
| Bates | Alan | $43,694.00 | $2,807.34 |
| BEETSTRA | THOMAS WILLIAM | $25,754.00 | $1,654.70 |
| Bell | Mike & Kathy | $21,611.00 | $1,388.51 |
| BENCH | KENNETH R. | $32,000.00 | $2,056.00 |
| BERNARD | JOHN | $11,800.00 | $758.15 |
| Blank | Matthew John | $19,232.00 | $1,235.66 |
| BLANK K. | KENNETH F. | $68,534.00 | $4,403.31 |
| BOHLEN | JAMES | $44,030.00 | $2,828.93 |
| BOND | MR. TERRY | $1,500.00 | $96.38 |
| BONGO | MICHAEL JR. | $73,600.00 | $4,728.81 |
| BONNETT | DENNIS MICHAEL | $1,250.00 | $80.31 |
| Boyle | Hayden | $19,810.00 | $1,272.79 |
| BRAKEMAN | PAUL FREEMAN | $3,896.00 | $250.32 |
| BRANTLEY | DAVID. F. | $1,238.00 | $79.54 |
| BRITZ | JOSEPH | $54,636.00 | $3,510.37 |
| BROOKSHIRE | ROBERT J. | $2,000.00 | $128.50 |
| BROPHY | MICHAEL | $5,000.00 | $321.25 |
| BROUILLARD | KEN | $8,029.00 | $515.86 |
| BROWN | DR. H. JESS | $4,970.00 | $319.32 |
| BURGESS | ERVIN | $13,850.00 | $889.86 |
| BURKLAND | LEONARD | $5,000.00 | $321.25 |
| BUSCHOR | RICHARD | $2,892.00 | $185.81 |
| BUTTS | GERALDINE | $40,350.00 | $2,592.49 |
| CANTRELL | JOSEPH DALE | $40,157.00 | $2,580.09 |
| CARLSON | TODD | $5,200.00 | $334.10 |
| CARNEY | TOM | $6,840.00 | $439.47 |
| CATTANACH | GREG | $3,760.00 | $241.58 |
| CHADRA | BRIAN G. | $2,800.00 | $179.90 |

| | | | |
|---|---|---:|---:|
| CHESNEY | JAMES | $10,521.00 | $675.98 |
| CHRISTENSEN | JACK | $48,419.94 | $3,110.98 |
| CHRISTOPHERSON | DENNIS DEBORAH | $16,989.00 | $1,091.54 |
| CISSELL | GAIL & SHARON | $20,739.00 | $1,332.48 |
| COMBS | CARY L. | $50,000.00 | $3,212.50 |
| COOD | VLADIMIR | $7,500.00 | $481.88 |
| COUNTER | WILLIAM | $77,318.00 | $4,967.69 |
| CRUCE | DONALD G. | $60,768.11 | $3,904.36 |
| CUNNINGHAM | STEVE | $20,000.00 | $1,285.00 |
| DALSGARD | LEE | $10,449.00 | $671.35 |
| DAVENPORT | KEITH | $7,910.50 | $508.25 |
| DAY | DONALD | $10,090.51 | $648.32 |
| DETWEILER | DAVID | $224,645.00 | $14,433.46 |
| DIAZ | ARTHUR | $12,500.00 | $803.13 |
| Dimarco | Richard | $17,957.00 | $1,153.74 |
| DOHEMAN | JANICE LYNN | $56,747.00 | $3,646.00 |
| Dubro | Dr. Robert | $32,705.47 | $2,101.33 |
| DUNN | JEFFREY L. | $6,005.00 | $385.82 |
| DUNNING | KEN | $20,000.00 | $1,285.00 |
| Durham | Wayne | $978,105.00 | $62,843.32 |
| DYER | JOHN | $12,225.00 | $785.46 |
| DYWAN | MICHAEL | $117,000.00 | $7,517.26 |
| EISENBERG | JOEL | $1,683.45 | $108.16 |
| FAGLEY | LARRY | $16,497.00 | $1,059.93 |
| FANG | EDWARD | $4,160.00 | $267.28 |
| Ferrell | Ed | $18,555.84 | $1,192.21 |
| FISCHER | ALLEN | $11,876.00 | $763.03 |
| FLACK | FLOYD | $2,500.00 | $160.63 |
| FONG | FRED | $5,244.00 | $336.93 |
| FORDHAM | WARREN D. | $3,850.00 | $247.36 |
| FOUST | DELBERT | $29,921.89 | $1,922.48 |
| Fulton | Merlin G. | $241,166.00 | $15,494.93 |
| GAMMAGE | HENRY | $15,175.00 | $974.99 |
| Ganser | John | $289,814.00 | $18,620.57 |
| Garabedian | RENA | $34,595.00 | $2,222.73 |
| GARDNER | WAYNE | $14,800.00 | $950.90 |
| GEEL | KEN | $24,219.00 | $1,556.07 |
| GERBRANDT | ROD | $8,400.00 | $539.70 |
| GILLIAM | DANIEL | $5,737.00 | $368.60 |
| GOBLE | DAVID | $2,100.00 | $134.93 |
| GOLDBERG | ARNOLD & DONNA | $63,757.44 | $4,096.42 |
| GRUNWALD | EARL | $20,000.00 | $1,285.00 |
| HAIST | RON | $14,217.00 | $913.44 |
| HAMILTON | WILLIAM ROBERT | $148,648.30 | $9,550.66 |
| HAMMERSMITH | PAUL | $21,363.00 | $1,372.57 |
| Haw | Judith | $10,888.88 | $699.61 |
| Henschen | Kenneth | $76,482.00 | $4,913.97 |
| HERSHBERGER | GILBERT L. | $16,324.35 | $1,048.84 |
| HICKS | GEORGE | $8,314.00 | $534.18 |
| HOLLATZ | KENNETH | $38,297.00 | $2,460.59 |
| HORTA | EDWARD A. | $6,066.00 | $389.74 |

| Last Name | First Name | Amount | Amount |
|---|---|---:|---:|
| Hoskinson | Joe | $18,437.00 | $1,184.58 |
| HOUSTON | ALICE | $2,156.00 | $138.52 |
| HOY | JACK | $61,604.00 | $3,958.06 |
| HUDDLESTON | JOHN | $10,581.00 | $679.83 |
| HUMPHREY | WILLIAM S | $29,804.00 | $1,914.91 |
| HUTCHINGS | JOHN & JOHANNA | $21,085.00 | $1,354.71 |
| HYATT | GORDON L. JR. | $6,301.00 | $404.84 |
| Incognito | David | $5,000.00 | $321.25 |
| ISKIW | ROMAN | $8,474.00 | $544.46 |
| ISSAK | RICHARD | $166,915.00 | $10,724.30 |
| JACOBY | RANDAL K. | $8,300.00 | $533.28 |
| JAMIESON | DAVID | $11,100.00 | $713.18 |
| JANSEN | CAROL L. | $7,245.20 | $465.50 |
| JEFFERIES | KEVIN | $21,495.00 | $1,381.06 |
| JOHNSON | DORIA | $2,006.00 | $128.89 |
| JOKERST | JERRY | $16,935.00 | $1,088.08 |
| JONES L. | James | $34,930.00 | $2,244.26 |
| KABES | THOMAS E. | $4,834.98 | $310.65 |
| KALLSTROM | ROGER | $83,134.00 | $5,341.37 |
| KAROLI | Estate of, Jean C. | $1,900.00 | $122.08 |
| KARSTETTER | RUSSELL & SHERI | $30,902.00 | $1,985.46 |
| KEITH | CORLEY | $400.00 | $25.70 |
| KELLER | DANIEL J | $30,260.00 | $1,944.21 |
| KETTERING | JIM | $25,014.00 | $1,607.15 |
| KINDELSPIRE | TOM | $3,135.00 | $201.42 |
| KLOZENBUCHER | KEVIN L. | $4,762.00 | $305.96 |
| KNITTER | LEONARD G. | $3,340.00 | $214.60 |
| KOONTZ | LARRY | $14,881.00 | $956.11 |
| KRATTINGER | JOSEPH P. | $89,531.00 | $5,752.37 |
| KREHBIEL | JOHN | $68,410.00 | $4,395.35 |
| KREYE | JAMES | $54,264.00 | $3,486.47 |
| KRINER | CANDACE | $24,179.00 | $1,553.50 |
| KRUSE | ROBERT A. | $5,000.00 | $321.25 |
| KWARTIROFF | ALEXANDER | $1,755.00 | $112.76 |
| LA GRONE | DOROTHY | $11,500.00 | $738.88 |
| LA MAR | DR. JOHN | $20,000.00 | $1,285.00 |
| Lang | Densse | $5,072.42 | $325.90 |
| LATORRE | JOHN & NANCY | $9,185.00 | $590.14 |
| LEHMANN | MAURICE | $2,000.00 | $128.50 |
| LENTZ | DOUG P. | $49,227.00 | $3,162.84 |
| LEONG | CLIFFORD | $9,209.23 | $591.69 |
| LISZKA | WALTER | $5,000.00 | $321.25 |
| LOBATO | RAYMOND M. | $598,480.00 | $38,452.38 |
| LOVELESS | LARRY DEAN | $1,967.00 | $126.38 |
| LOWRY | PETER | $116,461.00 | $7,482.63 |
| LUKOW | EUGENE L & LORI | $5,016.00 | $322.28 |
| Lund | David | $9,549.65 | $613.57 |
| LUX | HARVEY | $5,956.00 | $382.67 |
| MACHIELA | ANDREW | $70,000.00 | $4,497.51 |
| MACLEAN | BRUCE | $4,200.00 | $269.85 |
| MAKINEN | HAROLD J. | $1,512.00 | $97.15 |

| Last Name | First Name | Amount | Amount |
|---|---|---|---|
| MANZO | AL | $10,000.00 | $642.50 |
| Martushev | Daniel | $500.00 | $32.13 |
| MASON | JONATHON | $103,358.00 | $6,640.76 |
| MAUSTELLER | JOHN | $25,000.00 | $1,606.25 |
| MAY | LYNWOOD | $89,000.00 | $5,718.26 |
| MCAFEE-GOLDEN | GLEN | $25,465.00 | $1,636.13 |
| McCarthy | Donald E. | $40,467.00 | $2,600.01 |
| McCormick | Tom | $25,625.00 | $1,646.41 |
| MCNEILL | SHEILA | $12,041.00 | $773.64 |
| MENSE | THOMAS | $1,875.00 | $120.47 |
| MESTRESSAT | ROBERT | $30,000.00 | $1,927.50 |
| MEWHORTER | JOHN | $12,441.00 | $799.34 |
| MILBURN | MARVIN | $15,578.00 | $1,000.89 |
| MILESTONE | SHELLY | $10,000.00 | $642.50 |
| MILLER | JERRY | $456,873.00 | $29,354.12 |
| MILLER | LARRY G. | $10,143.00 | $651.69 |
| MINISSALE | ANTHONY | $61,071.00 | $3,923.82 |
| Moberly | Russell | $10,000.00 | $642.50 |
| Morley | Michael | $35,809.00 | $2,300.73 |
| MOSHER | FRANK | $261,565.00 | $16,805.57 |
| MURRAY | DAVID A. | $36,800.00 | $2,364.40 |
| NEDZELNITSKY | OLEG | $18,417.61 | $1,183.33 |
| NELSON | SHARON | $7,394.00 | $475.07 |
| NEPA | THOMAS | $5,800.00 | $372.65 |
| NEVISON | ALFRED T. | $1,900.00 | $122.08 |
| NEWELL-TAYLOR | SONJA | $12,881.77 | $827.65 |
| Niggemann | Douglas | $118,950.00 | $7,642.55 |
| Nordstrom | Howard | $7,500.00 | $481.88 |
| NYSTROM | DAVID | $135,231.00 | $8,688.60 |
| OTT | GUY M. | $155,891.00 | $10,016.01 |
| OVERHOLT | ABIGAL & SARAH | $6,825.00 | $438.51 |
| PANDHER | HOI LEN | $25,000.00 | $1,606.25 |
| PARKS | LARRY | $41,826.00 | $2,687.32 |
| PASKUS | MICHAEL | $4,522.82 | $290.59 |
| PERKINS | EDDIE | $7,231.00 | $464.59 |
| PETERSON | C.RUTH | $65,128.25 | $4,184.49 |
| PETRIE | THOMAS A | $10,775.00 | $692.29 |
| PHILLIPS | BOB | $14,878.00 | $955.91 |
| POFF | STAN W. | $98,646.00 | $6,338.01 |
| POMEROY | CYNTHIA A. | $21,097.00 | $1,355.48 |
| POZNIAK | MARY | $35,502.46 | $2,281.04 |
| PURPERO | DAVID F. | $17,843.00 | $1,146.41 |
| QUENNEVILLE | HENRY & KATHLEN | $49,289.00 | $3,166.82 |
| QUINNELL | JAMES | $149,090.00 | $9,579.04 |
| RATHAY | JIM | $2,816.39 | $180.95 |
| REED | ROBERT | $121,014.00 | $7,775.16 |
| REED J. | JAMES | $105,676.50 | $6,789.72 |
| REICHBERG | BEN | $7,451.80 | $478.78 |
| REINHART | HARVEY J. | $1,119.00 | $71.90 |
| REVENAL | RICHARD | $40,743.00 | $2,617.74 |
| Rewa | Patrick | $14,310.00 | $919.42 |

| Last Name | First Name | Amount 1 | Amount 2 |
|---|---|---:|---:|
| RHINESMITH | Pauline | $124,635.00 | $8,007.81 |
| ROBINETTE | DANIEL | $4,350.00 | $279.49 |
| RODER | JOHN AUGUST | $52,290.00 | $3,359.64 |
| SCHAEFER | RICHARD | $2,055.00 | $132.03 |
| SCHAEFER | DAVID | $8,772.00 | $563.60 |
| SCHARTNER | DENNIS J. | $3,000.00 | $192.75 |
| SCHMIDTKNECHT | DANIEL R. | $3,920.00 | $251.86 |
| Schrock | David | $31,711.50 | $2,037.47 |
| SCHWEINSBURG | JOHN | $60,478.00 | $3,885.72 |
| SEIDL-BABCOCK | LYNN | $97,244.00 | $6,247.93 |
| SELLERS | CHAD | $6,000.00 | $385.50 |
| SENSENIG | JAMES | $5,698.00 | $366.10 |
| SHEPARD | CARSON | $38,278.00 | $2,459.36 |
| SHIELDS | JOHN PAT | $45,000.00 | $2,891.25 |
| SHIRLEY | DONALD | $16,000.00 | $1,028.00 |
| SISK | STANLEY | $62,517.00 | $4,016.72 |
| SMITH | MARK | $3,552.00 | $228.22 |
| SMITH | FRANCIS PETER | $532,993.98 | $34,244.90 |
| SMITH | ROGER S. | $25,000.00 | $1,606.25 |
| ST. LAWRENCE | WILLIAM H. | $9,300.00 | $597.53 |
| ST. MARTIN | LEO | $2,648.00 | $170.13 |
| STEFANSKI | BERNARD | $1,145.00 | $73.57 |
| Stock | Dennis | $521,237.00 | $33,489.52 |
| Sydnor | Kurt | $3,442.00 | $221.15 |
| SZLATENYI | C.STEPHEN | $1,404.00 | $90.21 |
| SZYMANSKI | DANIEL T. | $3,433.00 | $220.57 |
| TALBOT | SUSAN | $32,017.00 | $2,057.09 |
| TANNEHILL | ROBERT | $2,425.00 | $155.81 |
| THOMAS | KYLE D. | $64,518.78 | $4,145.34 |
| THOMPSON | BOB | $14,500.00 | $931.63 |
| Timm | John | $85,000.00 | $5,461.26 |
| TINDALL | JUDE | $105,990.00 | $6,809.87 |
| TOKANOS | HARRY | $13,290.00 | $853.88 |
| TOMLINSON | GEORGE A. | $7,500.00 | $481.88 |
| VAIL | ROBERT D. | $19,906.00 | $1,278.96 |
| VAN BOGART | DANIEL | $132,806.00 | $8,532.80 |
| VANDEHEY | KARL | $120,000.00 | $7,710.01 |
| VANDENBERG | JOANN | $43,134.00 | $2,771.36 |
| VELDMAN | HENRY | $9,770.00 | $627.72 |
| VISCUSI | ROBERT | $30,000.00 | $1,927.50 |
| VOTH | JAMES | $289,561.00 | $18,604.32 |
| WACHTA | TED | $77,042.00 | $4,949.95 |
| WALBURN | JACK E. | $53,023.00 | $3,406.73 |
| WEAVER | GEORGE | $256,673.00 | $16,491.26 |
| Weaver | Cecil & Louis | $9,375.00 | $602.34 |
| Weirich | Denis | $393,172.15 | $25,261.34 |
| WHELCHEL | ELVIN R. | $32,900.00 | $2,113.83 |
| WILSON | JOHN G. | $12,190.00 | $783.21 |
| WITMER | JOHN | $34,698.00 | $2,229.35 |
| WOLF | KEITH | $17,517.00 | $1,125.47 |
| WOOD | PAUL | $4,100.00 | $263.43 |

| | | | | |
|---|---|---|---:|---:|
| WOODRUFF | LARRY A. | | $39,244.00 | $2,521.43 |
| WOODS J | JAY BROOKS JR. | | $2,900.00 | $186.33 |
| YANCEC | JOHN | | $625.00 | $40.16 |
| YIP | LUKE C. | | $852,660.00 | $54,783.47 |
| YOUNG | JOHN | | $1,888.00 | $121.30 |
| ZECH | ROLLAND | | $1,900.00 | $122.08 |
| ZIMMERMAN | DENNIS | | $2,000.00 | $128.50 |
| | | **Total:** | **$12,836,628.24** | **$824,754.32** |