IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:00CV103-V

| COMMODITY FUTURES TRADING COMMISSION, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| IBS, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte* for purposes of returning the bond entered in this case by the Plaintiff Commodity Futures Trading Commission ("CFTC") in accordance with 28 U.S.C. §754 upon issuance of the "Statutory Restraining Order Freezing Assets ...." (Document #11, Section "X" at 13.) This matter is now closed; all accounting and disbursements having been accomplished by the Receiver.

**IT IS, THEREFORE, ORDERED** that the $5,000.00 bond posted by the CFTC pursuant to the Court's March 13, 2000 Order shall be remitted to the CFTC.

**IT IS FURTHER ORDERED** that the Deputy Clerk is directed to forward a copy of the instant Order to the Financial Administrator.

Signed: August 5, 2011

Richard L. Voorhees
United States District Judge